UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR       MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS       ORDER
LIABILITY LITIGATION

This Document Relates to:
Case No. 17-cv-903 (*Floyd Collins v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated July 10, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that this action be dismissed without prejudice for failure to prosecute.  No objection has been filed.  Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 49].  Therefore, IT IS ORDERED THAT:

1. Case No. 17-cv-903 is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 12, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge